**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00330-CR**
_____

**ROBERT ROMAN ABREO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-04-05382-CR**

**MEMORANDUM OPINION**

On November 21, 2023, we notified the parties that the appeal would be dismissed for want of prosecution unless the appellant arranged to file the clerk's record or explained why he needed additional time to do so. The Court, however, received no response to its request.

There is also nothing in the record that shows the appellant is entitled to proceed without paying costs. *See* Tex. R. App. P. 20.2. Because the appellant has

1

not explained why he failed to file the record in his appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 23, 2024
Opinion Delivered January 24, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

2